_____

No: 20-2445
_____

United States of America, ex rel.

Plaintiff - Appellee

Paul Cairns; Terry Cleaver, M.D.; Kyle Colle, M.D.; Paul Tolentino, M.D.; Kevin Vaught, M.D.; Daniel Henson, Relators; Barbara Gibbs, Personal Representative of the Estate of Scott Randall Gibbs, M.D.

Relators - Appellees

v.

D.S. Medical LLC; Midwest Family Care, LLC

Defendants

Midwest Neurosurgeons, LLC

Defendant - Appellant

Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group

Defendant

Sonjay Fonn, M.D.

Defendant - Appellant

Deborah Seeger

Defendant

_____

No: 20-2448
_____

United States of America, ex rel.

Plaintiff - Appellee

Paul Cairns; Terry Cleaver, M.D.; Kyle Colle, M.D.; Paul Tolentino, M.D.; Kevin Vaught, M.D.; Daniel Henson, Relators; Barbara Gibbs, Personal Representative of the Estate of Scott Randall Gibbs, M.D.

Relators - Appellees

v.

D.S. Medical LLC

Defendant - Appellant

Midwest Family Care, LLC; Midwest Neurosurgeons, LLC; Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group; Sonjay Fonn, M.D.

Defendants

Deborah Seeger

Defendant - Appellant

------

No: 20-3009

------

United States of America, ex rel.

Plaintiff - Appellee

Paul Cairns; Terry Cleaver, M.D.; Kyle Colle, M.D.; Paul Tolentino, M.D.; Kevin Vaught, M.D.; Daniel Henson, Relators; Barbara Gibbs, Personal Representative of the Estate of Scott Randall Gibbs, M.D.

Relators - Appellees

v.

D.S. Medical LLC; Midwest Family Care, LLC

Defendants

Midwest Neurosurgeons, LLC

Defendant - Appellant

Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group

Defendant

Sonjay Fonn, M.D.

Defendant - Appellant

Deborah Seeger

Defendant

No: 20-3010

United States of America, ex rel.

Plaintiff - Appellee

Paul Cairns; Terry Cleaver, M.D.; Kyle Colle, M.D.; Paul Tolentino, M.D.; Kevin Vaught, M.D.; Daniel Henson, Relators; Barbara Gibbs, Personal Representative of the Estate of Scott Randall Gibbs, M.D.

Relators - Appellees

v.

D.S. Medical LLC

Defendant - Appellant

Midwest Family Care, LLC; Midwest Neurosurgeons, LLC; Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group; Sonjay Fonn, M.D.

Defendants

Deborah Seeger

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:12-cv-00004-AGF)

**JUDGMENT**

Before LOKEN, ARNOLD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that Case Nos. 20-2445 and 20-2448 are dismissed as premature. The judgment of the district court in Case Nos. 20-3009 and

20-3010 is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 26, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans